

April 12, 2021

<u>VIA ECF</u>
Magistrate Judge Ramon Reyes
Eastern District of New York
225 Cadman Plaza East
Brooklyn NY

      Re: Arriaga v. Mercon
         1:19-cv-06887-ENV-RER

Your Honor,

I am counsel for Plaintiffs in the above referenced action. I am writing jointly with defendants to inform the Court that the parties have reached a settlement in principle. We respectfully request (30) days to submit settlement documents for the court's approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015)

          Respectfully,

          _/s/Lina stillman